# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 20, 2013

Lyle W. Cayce
Clerk

No. 13-20119
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DAVID VASQUEZ-FONSECA, also known as David Vasquez, also known as
David Vasquez Fonseca, also known as Noe Roa, also known as David Varquez
Fonseca, also known as David Vazquez,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CR-369-1

Before HIGGINBOTHAM, SMITH, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, David Vasquez-Fonseca raises
an argument that he concedes is foreclosed by *United States v. Rodriguez*, 711
F.3d 541, 559-62 & n.28 (5th Cir. 2013) (en banc), *petition for cert. filed* (June 6,
2013) (No. 12-10695), in which this court concluded that the generic,
contemporary definition of "sexual abuse of a minor" does not require that the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

age of consent be lower than 17 years old and does not include an age-differential requirement. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.